UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

RACHEL RODRIGUEZ,

        Plaintiff,

    - against -

S.L. GREEN REALTY CORP., et al.,

        Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 Civ. 10691 (DC)

    **PLEASE TAKE NOTICE** that on behalf of defendant S.L. GREEN REALTY CORP.

the undersigned attorney will appear as counsel of record.

    **PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents

required to be served in this action upon defendant S.L. GREEN REALTY CORP. should be

served upon the undersigned and all electronic notifications will be sent to JWoolsey@lcbf.com.

Dated:    New York, New York
           December 6, 2007

        Yours, etc.,
        LANDMAN CORSI BALLAINE & FORD P.C.

        By:_____
        James M. Woolsey, III (JW 9157)
        Attorneys for Defendant
        S.L. GREEN REALTY CORP.
        120 Broadway, 27th Floor
        New York, New York 10271-0079
        (212) 238-4800

TO:    Eric Sanders, Esq.
        JEFFREY L. GOLDBERG, P.C.

452873.1 DocsNY

Attorneys for Plaintiff
2001 Marcus Avenue, Suite S160
Lake Success, New York 11042
(516) 775-9400

Jerrold Foster Goldberg, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Blanche Greenfield, Esq.
Corporation Counsel of the City of New York
100 Church Street, Room 2-142
New York, New York 10007

Magdalena Halliday
60 Pitt Street, Apt. 11E
New York, New York 10002

Classic Security and Investigations, Inc.
P.O. Box 504
Hampton Bays, New York 11946

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                          ) ss.:
COUNTY OF NEW YORK  )


**RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

That on the 6th day of December, 2007, deponent served the within **NOTICE OF APPEARANCE** upon:

### SEE ATTACHED RIDER

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed n a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
Ryan New


Sworn to before me this
6th day of December, 2007


_____
Notary

**JOEL PADILLA**
**Notary Public, State of New York**
**No. 02PA6154347**
**Qualified in New York County**
**Commission Expires Oct. 23, 2010**


445733.1 DocsNY

## Service Rider

Eric Sanders, Esq.
JEFFREY L. GOLDBERG, P.C.
Attorneys for Plaintiff
2001 Marcus Avenue, Suite S160
Lake Success, New York 11042
(516) 775-9400

Jerrold Foster Goldberg, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Blanche Greenfield, Esq.
Corporation Counsel of the City of New York
100 Church Street, Room 2-142
New York, New York 10007

Magdalena Halliday
60 Pitt Street, Apt. 11E
New York, New York 10002

Classic Security and Investigations, Inc.
P.O. Box 504
Hampton Bays, New York 11946