# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET NEW YORK, N.Y. 10007

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/11/08
```

- - - - - - - - - - - - - - - - - - - - - - - - - x

Rachel Rodriguez,

             Plaintiff(s),               07  Civ.  10691  (DC)

        - against -

S.I. Green Realty Corp., et al.,

             Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on March 14, 2008 at 11:00 A.M. , in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned.  All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:     New York, New York
          February 11, 2008

                         Sincerely,

                         David Tam
                         Courtroom Deputy Clerk
                         U.S.D.C. - S.D.N.Y.
                         500 Pearl Street, Rm. 1020
                         New York, New York  10007
                         (212) 805-0096