*CHIN, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHEL RODRIGUEZ                                    07 cv 10691 (DC)

                               Plaintiff,     **VOLUNTARY DISMISSAL**
                                                             **FRCP 41(a)(1)**

-against-

S.L. GREEN REALTY CORP.; ALLIANCE BUILDING
SERVICES INC., CLASSIC SECURITY and
INVESTIGATIONS INC.; CLASSIC SECURITY
CONTROLS, LLC; CLASSIC SECURITY, LLC;
MAGDALENA HALLIDAY aka MAGDALENA
VINCENTE, as Former Security Officer, CLASSIC
SECURITY and INVESTIGATIONS INC.; MAGDALENA
HALLIDAY aka MAGDALENA VINCENTE, as Former
Security Officer, CLASSIC SECURITY CONTROLS, LLC;
MAGDALENA HALLIDAY aka MAGDALENA VINCENTE,
as Former Security Officer, CLASSIC SECURITY, LLC;
THE CITY OF NEW YORK; RAYMOND W. KELLY, as
Police Commissioner; GEORGE A. GRASSO, as First Deputy
Commissioner; NELDRA M. ZEIGLER, as Deputy
Commissioner, Office of Equal Employment Opportunity;
RAFAEL PINEIRO, as Bureau Chief, Personnel Bureau;
ELOISE M. ARCHIBALD, as Director, Psychological Services
Section; MAUREEN GERISE CREAGH-KAISER, as Former
Police Psychologist Level I; KAREENA SALADINE PATEL, as
Sergeant, Recruit Training School; and FRANCES AQUINO, as
Former Police Officer, Recruit Training School, each defendant in
their individual and official capacities as employees of defendant
CITY OF NEW YORK.


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2008

                               Defendants.
------------------------------------------------------------X

       THE PLAINTIFF HEREBY, having appeared before this Court through the attorneys of

record, after the defendants' made a motion to remove the original action from the Supreme

Court of the State of New York, County of the Bronx, whereas no party to this action is an

infant, an incompetent person for whom a committee has been appointed, or a conservatee; and

no person who is not a party has an interest in the subject matter of the action, the above entitled

action be, and the same hereby is discontinued as to all federal claims pursuant to Fed. R. Civ. P. 41(a)(i) as against all defendants' S.L. GREEN REALTY CORP.; ALLIANCE BUILDING SERVICES INC., CLASSIC SECURITY and INVESTIGATIONS INC.; CLASSIC SECURITY CONTROLS, LLC; CLASSIC SECURITY, LLC; MAGDALENA HALLIDAY aka MAGDALENA VINCENTE, as Former Security Officer, CLASSIC SECURITY and INVESTIGATIONS INC; MAGDALENA HALLIDAY aka MAGDALENA VINCENTE, as Former Security Officer, CLASSIC SECURITY CONTROLS, LLC; MAGDALENA HALLIDAY aka MAGDALENA VINCENTE, as Former Security Officer, CLASSIC SECURITY, LLC; THE CITY OF NEW YORK; RAYMOND W. KELLY; GEORGE A. GRASSO; NELDRA M. ZEIGLER; RAFAEL PINEIRO; ELOISE M. ARCHIBALD; MAUREEN GERISE CREAGH-KAISER; KAREENA SALADINE PATEL; and FRANCES AQUINO, with prejudice and without costs to the parties; and

THE PLAINTIFF HEREBY, having appeared before this Court through the attorneys of record, after the defendants' made a motion to remove the original action from the Supreme Court of the State of New York, County of the Bronx, whereas no party to this action is an infant, an incompetent person for whom a committee has been appointed, or a conservatee; and no person who is not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to all pendant claims pursuant to Fed. R. Civ. P. 41(a)(i) as against defendants' S.L. GREEN REALTY CORP.; ALLIANCE BUILDING SERVICES INC., CLASSIC SECURITY and INVESTIGATIONS INC.; and MAGDALENA HALLIDAY aka MAGDALENA VINCENTE, as Former Security Officer, CLASSIC SECURITY and INVESTIGATIONS INC., with prejudice and without costs to the parties; and for said pendant claims against defendants' CLASSIC SECURITY CONTROLS, LLC;

CLASSIC SECURITY, LLC; MAGDALENA HALLIDAY aka MAGDALENA VINCENTE, as Former Security Officer, CLASSIC SECURITY CONTROLS, LLC; MAGDALENA HALLIDAY aka MAGDALENA VINCENTE, as Former Security Officer, CLASSIC SECURITY, LLC; THE CITY OF NEW YORK; RAYMOND W. KELLY; GEORGE A. GRASSO; NELDRA M. ZEIGLER; RAFAEL PINEIRO; ELOISE M. ARCHIBALD; MAUREEN GERISE CREAGH-KAISER; KAREENA SALADINE PATEL; and FRANCES AQUINO, to be fully litigated in the Supreme Court of the State of New York, County of the Bronx.

Dated: February 21, 2008
      Lake Success, N.Y.

By: _____
Eric Sanders (ES0224)
Jeffrey L. Goldberg, P.C.
Attorneys for Plaintiff
2001 Marcus Avenue, Suite S160
Lake Success, New York 11042
516-775-9400 (Business Phone)
516-775-4477 (Facsimile)
Email: esanders@jlgoldbergpc.com
http://www.jlgoldbergpc.com
http://www.nycivilservicepensions.com

SO ORDERED:

_____
U.S.D.J.

3/3/08

3